No. 09–10623. STANLEY *v.* OLLIS. C. A. 6th Cir. Certiorari denied.

No. 09–10625. SMITH *v.* TEXAS. Ct. App. Tex., 13th Dist. Certiorari denied.

No. 09–10626. REED *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 09–10635. TURNER *v.* POLLARD, WARDEN. C. A. 7th Cir. Certiorari denied.

No. 09–10637. WALLIS *v.* LEVINE ET AL. C. A. 7th Cir. Certiorari denied.

No. 09–10643. GARCIA ROSALES *v.* DAWSON, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 09–10650. ANDERSON ET AL. *v.* CITY OF DAVIS, CALIFORNIA, ET AL. C. A. 9th Cir. Certiorari denied.

No. 09–10653. BURGESS *v.* MCCOLLUM, ATTORNEY GENERAL OF FLORIDA. C. A. 11th Cir. Certiorari denied.

No. 09–10655. DECKER *v.* DUNBAR ET AL. C. A. 5th Cir. Certiorari denied.

No. 09–10657. MEEKS *v.* MCKUNE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 09–10660. ERVINE *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 09–10663. DEAN *v.* J. P. MORGAN CHASE BANK. C. A. 11th Cir. Certiorari denied.

No. 09–10664. RIGGINS *v.* TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 09–10665. REYES *v.* NEW JERSEY. Super. Ct. N. J., App. Div. Certiorari denied.